**DISMISS; Opinion Filed February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01592-CV

### JEREMY KENNEDY AND MARGARET KENNEDY, Appellants
### V.
### BARTON SKALLA AND NATALIE SKALLA, Appellees

**On Appeal from the County Court**
**Rockwall County, Texas**
**Trial Court Cause No. CI12-088**

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated November 27, 2012, the Court informed appellants the $175 required filing fee had not been paid. We instructed appellants to pay the filing fee within ten days of the date of the notice and cautioned them that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

As of today's date, appellants have not paid the required filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121592F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEREMY KENNEDY AND MARGARET
KENNEDY, Appellants

No. 05-12-01592-CV     V.

BARTON SKALLA AND NATALIE
SKALLA, Appellees

On Appeal from the County Court, Rockwall
County, Texas
Trial Court Cause No. CI12-088.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, BARTON SKALLA AND NATALIE SKALLA, recover their costs of this appeal from appellants, JEREMY KENNEDY AND MARGARET KENNEDY.

Judgment entered February 28, 2013.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE